COMMISSIONER OF INTERNAL REV-ENUE, Petitioner, v. RAINIER BREW-ING COMPANY, a Corporation, Respondent.

No. 11547.

Circuit Court of Appeals, Ninth Circuit.

Jan. 8, 1948.

Rehearing Denied Feb. 18, 1948.

See 166 F.2d 324.

Theron L. Caudle, Asst. Atty. Gen., and Sewall Key, Lee A. Jackson, Melva M. Graney, and I. Henry Kutz, Sp. Assts. to Atty. Gen., for petitioner.

A. Calder Mackay, Arthur McGregor, Howard W. Reynolds, and Adam Y. Bennion, all of Los Angeles, Cal. (F. Sanford Smith and Clifford J. MacMillan, both of San Francisco, Cal., of counsel), for respondent.

Before DENMAN, HEALY, and BONE, Circuit Judges.

PER CURIAM.

This, as the companion case of Seattle Brewing and Malting Co., 9 Cir., 165 F.2d 216, presented to the Tax Court "hybrid questions of mixed law and fact [and] their resolution because of the fact element will * * * afford little concrete guidance to future cases." We hence do not consider the petitioner's contention that "the facts found fall short of meeting statutory requirements." Bingham v. Commissioner, 325 U.S. 365, 370, 65 S.Ct. 1232, 89 L.Ed. 1670; Choate v. Commissioner, 324 U.S. 1, 65 S.Ct. 469, 89 L.Ed. 653.

The decision of the Tax Court is affirmed.

UNITED STATES of America v. Leonard BERGER, Appellant.

No. 9484.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 1, 1947.

Decided Jan. 6, 1948.

Anthony A. Calandra, of Newark, N. J. (John H. Bream, of Harrisburg, Pa., on the brief), for appellant.

Arthur A. Maguire, of Scranton, Pa., for appellee.

Before BIGGS, MARIS, and KALODNER, Circuit Judges.

PER CURIAM.

Our examination of the record fails to disclose error affecting the substantial rights of the defendant. Accordingly, the judgment of conviction will be affirmed.